AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Marilyn Andrews, et al.,

　　　　　　　　　　Plaintiffs,

V.

MGM Mirage, Inc., et al.,

　　　　　　　　　　Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-cv-00939-RLH-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

　　IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Plaintiffs and against Defendants MGM Mirage, Inc. and MGM Grand Hotel, LLC in the sum of $18,750.00.

IT IS FURTHER ORDERED that attorney fees in the amount of $6,250.00 and pro rata costs in the amount of $1,054.70 shall be satisfied, for a total of $7,304.70.

IT IS FURTHER ORDERED that the remainder of the settlement in the approximate sum of $11,445.30 be paid to the Petition for the establishment of a blocked trust account.

| August 6, 2009 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Aaron Blazevich |
| | (By) Deputy Clerk |